COXHEAD, Respondent, v. JOHNSON et al., Appellants. (Supreme Court, Appellate Divi-

sion, Second Department. October 19, 1897.) Action by Ellen J. Coxhead against Albert L. Johnson and James M. Edwards. No opinion. Motion for leave to appeal to the court of appeals granted.